IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERWIN ANDERSON,

    Plaintiff,

v.                                                                        23-CV-101 JHR/KRS

ANDRES PENA and KINGSLEY CONSTRUCTORS,

    Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the March 6, 2024 **[DOC. 33]** Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (2001) and §11.4.1.8(A)(2) NMAC and the Court having reviewed the pleading and otherwise fully being informed in the premises,

THE COURT FINDS that Plaintiff, as the party to the workers' compensation claim before the WCA, is entitled to claims records pursuant to NMSA §52-5-21 and has consented to the release of Workers' Compensation Administration claims records and further consented that all parties to this case may receive a copy of the Worker's Compensation Administration claim records.

IT IS ORDERED that within ten (10) working days of the date of this Order, the WCA shall submit to all parties a true and complete copy of all WCA documents requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

_____
THE HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

Submitted by:

*/s/ Sandra L. Gardner*
SANDRA L. GARDNER, Esq., for WCA
WCA Assistant General Counsel

Approved by:

*Electronically approved on 3/6//2024*
MICHAEL C. ROSS, Esq.
Attorney for Plaintiff

*Electronically approved on 3/6//2024*
MONICA R. GARCIA, Esq.
Attorney for Defendants