IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERWIN ANDERSON,

    Plaintiff,

v.                                                     23-CV-101 JHR/KRS

ANDRES PENA and KINGSLEY CONSTRUCTORS,

    Defendants.

## **ORDER TO WITHDRAW**

THIS MATTER having come before the Court on March 19, 2024, upon third party Workers' Compensation Administration's Unopposed Motion to Withdraw. [**Doc 38**]. The Court, having reviewed the Motion, finding that the parties concur and being otherwise fully advised in the premises,

IT IS THEREFORE ORDERED that the Workers' Compensation Administration, and Sandra L. Gardner, Assistant General Counsel is allowed to withdraw from the above-captioned and numbered cause of action, and also from electronic service so that it does not receive any future mailings from the court or counsel.

_____
THE HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED BY:

_____*/s/ Sandra L. Gardner*
SANDRA L. GARDNER, Esq., for WCA
WCA Assistant General Counsel

Approved by:

*Electronically approved on 3/19/2024*
MICHAEL C. ROSS, Esq.
Attorney for Plaintiff

*Electronically approved on 3/11/2024*
MONICA R. GARCIA, Esq.
Attorney for Defendants