IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERWIN ANDERSON,

    Plaintiff,

vs.                                                                                     No. 2:23-cv-00101 JHR/KRS

ANDRES PENA and
KINGSLEY CONSTRUCTORS, INC.

    Defendants.

## STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND VACATE SETTLEMENT CONFERENCE AND RELATED DEADLINES

**THIS MATTER** having come before the Court on the Parties' Joint Motion to Extend Scheduling Order deadlines [Doc. 20] and Vacate and Reset the Settlement Conference [Doc 25] and related deadlines, and the Court being advised in the premises, and for good cause shown,

**FINDS**, the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the Scheduling Order deadlines are extended as follows:

| | | |
|---|---|---|
| 1. | Plaintiff's Expert Witness Deadline | May 13, 2024 |
| 2. | Defendants' Expert Witness Deadline | June 13, 2024 |
| 3. | Termination of discovery: | July 30, 2024; |
| 4. | Motions relating to discovery: | August 13, 2024; |
| 5. | All other motions[1]: | August 30, 2024; |

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a Daubert hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in separate order.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that

The current Settlement Conference in this matter and related deadlines are vacated and will be reset at a Status Conference to be held with the parties at a date to be determined.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE